UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO G. ORTIZ,<br><br>                Plaintiff,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, an individual; U.S. DEPARTMENT OF HOMELAND SECURITY, a government entity; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, a government entity; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.: 22-CV-557 JLS (AGS)<br><br>**ORDER (1) GRANTING JOINT MOTION TO VACATE AND SET ASIDE DEFAULT; (2) DENYING AS MOOT EX PARTE MOTION REQUESTING SAME; AND (3) VACATING CLERK'S ENTRY OF DEFAULT**<br><br>(ECF Nos. 7–9) |

      Presently before the Court are the Parties' Joint Motion to Vacate and Set Aside Default ("Joint Mot.," ECF No. 9) and Defendant Alejandro N. Mayorkas's Ex Parte Motion to Set Aside Default Pursuant to Federal Rule of Civil Procedure 55(c) ("Ex Parte Mot.," ECF No. 8). On October 24, 2022, a Clerk's Entry of Default was entered as to all named Defendants. *See* ECF No. 7. The Parties jointly request that the Clerk's Entry of Default be vacated and set aside and that the Ex Parte Motion be denied as moot. *See* Joint Mot. at 1.

///

Good cause appearing, the Court **GRANTS** the Joint Motion (ECF No. 9) and **VACATES** the October 24, 2022 Clerk's Entry of Default (ECF No. 7). In light of this disposition, the Court **DENIES AS MOOT** the Ex Parte Motion (ECF No. 8).

**IT IS SO ORDERED.**

Dated: October 27, 2022

Hon. Janis L. Sammartino
United States District Judge